Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| J & J Sports Productions, Inc., | CASE NO. 3:15-cv-01941-WHO |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Jaime Robles Castellon, et al., | |
| Defendants. | |

# ORDER

It is hereby ordered that the Case Management Conference in civil action number 3:15-cv-01941-WHO styled *J & J Sports Productions, Inc. v. Castellon, et al.*, is hereby continued to September 8, 2015 at 2:00 p.m.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

GRANTED
Judge William H. Orrick

_____          Dated:   July 22, 2015
THE HONORABLE WILLIAM H. ORRICK
United States District Court
Northern District of California

ORDER (Proposed)
CASE NO. 3:15-cv-01941-WHO
PAGE 1