Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAIME ROBLES CASTELLON, et al., <br><br> Defendants. | Case No. 3:15-cv-01941-WHO <br><br> ORDER |

### ORDER

It is hereby ordered that the Case Management Conference in civil action number 3:15-cv-01941-WHO styled *J & J Sports Productions, Inc. v. Castellon, et al.*, is hereby continued to **October 6, 2015** at 2:00 p.m.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_[signature]_                                              Dated: August 24, 2015

**THE HONORABLE WILLIAM H. ORRICK**
**United States District Court**
**Northern District of California**